JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:20-cv-02155-JLS-DFM                                          Date: March 01, 2022
Title:  Jack Schechter v. Viking Group, Inc. et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS) ORDER DISMISSING CASE WITH PREJUDICE**

      On July 3, 2021, a Mediation Report was filed in this case indicating that the case has been completely settled.  (*See* Mediation Report, Doc. 17.)  Plaintiff subsequently filed a Notice of Dismissal.  (*See* Notice of Dismissal, Doc. 18.)  That document was stricken, however, because an Answer had been filed in the case, and therefore, any notice of dismissal was required to be signed by all parties who had appeared in the action.  (*See* Order, Doc. 20.)  The Court ordered the Parties to file an amended or corrected document by September 30, 2021, but the Parties failed to do so.  In light of the fact the Parties have completely settled, Plaintiff has attempted to dismiss the case, and the Parties have failed to file the requested notice of dismissal, the Court DISMISSES the case with prejudice.

                                                  Initials of Deputy Clerk:  mku